NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID P. GESSERT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

and

**DEPARTMENT OF THE TREASURY**
*Intervenor.*

---

2010-3115

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090149-I-2.

---

**ON MOTION**

---

**O R D E R**

The Department of the Treasury moves to reform the official caption to designate the Merit Systems Protection Board as respondent. The Department also moves for leave to intervene, and for an extension of time to file the

responding briefs.   The Department states that David P. Gessert opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Department's motions are granted.    The revised official caption is reflected above.

(2) The Department's and the Board's briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

**JUN 2 4 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David P. Gessert
      Michael Goodman, Esq.
      Calvin Morrow, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2010

JAN HORBALY
CLERK